**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01298-CMA-CBS

CHRISTINE GRIFFITH,

    Plaintiff,

v.

TECHNICAL TRADE INSTITUTE d/b/a INTELLITEC COLLEGES,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to and in accordance with the Stipulation for Dismissal With Prejudice (Doc. # 25) signed by the attorneys for the parties hereto, it is

    ORDERED that the above-action is DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys' fees and costs.  It is

    FURTHER ORDERED that the terms of the Agreement between the parties, pursuant to which the Stipulation for Dismissal with Prejudice has been filed, are to be kept strictly confidential by Plaintiff Christina Griffith, and that any disclosure of such terms except to her significant other, tax advisor, or as may be required by law, may constitute contempt of court for which this Court may enter such sanctions as are appropriate.

    DATED:  February __08__, 2013

                                                        BY THE COURT:

                                                        _____
                                                        CHRISTINE M. ARGUELLO
                                                        United States District Court Judge